MANUFACTURERS HANOVER TRUST COMPANY, Appellant, v. TRANS NATIONAL COMMUNICATIONS, INC., et al., Defendants, and PAUL BUREN et al., Respondents.—

710

Concur — Stevens, P. J., Nunez, Kupferman, McNally and Steuer, JJ.